**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KIMBERLY J. MAYNARD,**

        **Plaintiff,**

**v.**                                 **Case No.:  2:18-cv-959**
                                         **JUDGE GEORGE C. SMITH**
                                       **Magistrate Judge Jolson**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

<u>**ORDER**</u>

This case is before the Court to consider the *Report and Recommendation* issued by the

Magistrate Judge on July 25, 2019, recommending that the Court reverse the Commissioner's

non-disability finding and remand this case to the Commissioner and Administrative Law Judge

under Sentence Four of § 405(g).  (Doc. 16).  The time for filing objections to the *Report and*

*Recommendation* has passed, and no objections have been filed to the *Report and*

*Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and*

*Recommendation*.  The Commissioner of Social Security's non-disability finding is hereby

**REVERSED** and this case is hereby **REMANDED** to the Commissioner of Social Security and

Administrative Law Judge under Sentence Four of § 405(g).

The Clerk shall remove Document 16 from the Court's pending motions list and enter

final judgment in this case.

        **IT IS SO ORDERED.**

                                        */s/ George C. Smith*
                                        **GEORGE C. SMITH, JUDGE**
                                         **UNITED STATES DISTRICT COURT**